IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| LISA LEE WILLIAMS, | ) |
| | ) |
|       Plaintiff, | ) |
| | ) |
| vs. | ) Civil No. 13-855-JPG-CJP |
| | ) |
| CAROLYN W. COLVIN, | ) |
| Acting Commissioner of Social Security, | ) |
| | ) |
|       Defendant. | ) |

**MEMORANDUM and ORDER**

      Plaintiff Lisa Lee Williams, acting pro se, seeks judicial review pursuant to 42 U.S.C. § 405(g) of the final agency decision denying her social security disability benefits. After the Commissioner filed the transcript of administrative proceedings, the Court entered a briefing schedule which required plaintiff to file a brief in support of her complaint by December 27, 2013. See, Doc. 12. When she failed to do so, the Court, on its own motion, granted her an extension to February 13, 2014. In that order, the Court informed plaintiff that failure to file a timely brief would subject her to sanctions:

> **Plaintiff is cautioned that she will be subject to sanctions, including monetary sanctions and dismissal of this case, if she fails to file her brief by February 13, 2014.**

Doc. 14, emphasis in original.

      Plaintiff has failed to file her brief as ordered. Fed.R.Civ.P. 16(f) provides that the Court may sanction a party to failing to obey a pretrial order. Rule 16(f) incorporates the sanctions provisions of Fed.R.Civ.P. 37(d). Thus, it is clear that the Court has the authority to impose

sanctions, including dismissal, for failure to file a brief as ordered.

This Court gave plaintiff the "warning shot" required by *Ball v. City of Chicago*, **2 F.3d 752, 755 (7th Cir. 1993**) in Doc. 14. Plaintiff failed to obey that order and has failed to diligently prosecute her case.

This case is ordered **DISMISSED WITH PREJUDICE**

The Clerk of Court shall enter judgment in favor of defendant.

**IT IS SO ORDERED.**

**DATED:** February 19, 2014

s/ J. Phil Gilbert
**J. PHIL GILBERT
U.S. DISTRICT JUDGE**